CAROLINA STIASNY, as Committee of ALBERT E. STIASNY, a Lunatic, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Stiasny* v. *Metropolitan Street Ry. Co.*, 58 App. Div. 172, affirmed.
(Submitted November 14, 1902; decided December 2, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1901, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Franklin Pierce* and *Edwin C. Dusenbury* for appellant.

*Charles F. Brown*, *Theodore H. Lord* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

EMERSON ORVIS, Appellant, *v.* THE ELMIRA, CORTLAND AND NORTHERN RAILROAD COMPANY, Respondent.

*Orvis* v. *Elmira, C. & N. R. R. Co.*, 17 App. Div. 187, affirmed.
(Submitted November 14, 1902; decided December 2, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 2, 1898, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*H. H. Rockwell* for appellant.

*Frederick Collin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and CULLEN, JJ.